IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

MONA RINNANDER,

      Plaintiff,

-vs-                                              Case No. 3:07-cv-871-J-32mcr

CENTRAL CREDIT SERVICE, INC.,

      Defendant.
_____/

### NOTICE OF REMOVAL OF DEFENDANT, CENTRAL CREDIT SERVICES, INC.

Pursuant to 28 U.S.C. §§ 1331, 1343, 1441, 1446, and 1447, Defendant, Central Credit Services, Inc., hereby removes the above captioned civil action from the Circuit Court in and for Duval County, Florida, to the United States District Court for the Middle District of Florida. The removal of this civil case is proper because:

    1.    Defendant is the only defendant in this civil action in the Circuit Court in and for Duval County, Florida titled "*Mona Rinnander v. Central Credit Service, Inc.*" (hereinafter, the "State Court Action").

    2.    Defendant removes this case on the basis of the Fair Debt Collection Practices Act, Title 15 U.S.C. § 1692, as the Plaintiff's Complaint claims relief based on abusive practices in violation of federal law.

3. Attached hereto as **Exhibit "A"** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

4. A copy of this Notice of Removal is being served upon Plaintiff and filed concurrently with the Clerk of the Circuit Court in and for Duval County, Florida.

WHEREFORE, Defendant hereby removes to this Court the State Court Action.

Respectfully Submitted,

Elizabeth Fité Blanco, Esq.
Florida Bar No.: 0644439
Kenneth C. Grace, Esq.
Florida Bar No.: 0658464
SESSIONS, FISHMAN & NATHAN, L.L.P.
9009 Corporate Lake Drive, Suite 300-S
Tampa, Florida 33634
PH: (813) 890-2465
FX: (813) 889-9757
eblanco@sessions-law.biz
kgrace@sessions-law.biz

Counsel for Central Credit Services, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of September 2007 a copy of the foregoing document was sent via facsimile and U.S. Mail First Class to: Brian P. Parker, Law Offices of Brian P. Parker, P.C., 30700 Telegraph Road, Suite 1580, Bingham Farms, MI 48025.

_____
Attorney

N:\Central Credit Service\Rinnander, Mona (8907-22120)\pleadings\Notice of Removal.doc

*Exhibit A*

IN THE CIRCUIT COURT OF THE
4TH JUDICIAL CIRCUIT DUVAL COUNTY,
STATE OF FLORIDA

MONA RINNANDER,

      Plaintiff,

-vs-                                    Case No. 16-2007-CA-006918-XXXX-MA
                                        HON. AARON K. BOWDEN
CENTRAL CREDIT SERVICE, INC.,     DIVISION: CV-D

      Defendant.
_____/

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that this action has been removed to the United States District Court for the Middle District of Florida pursuant to the provisions of 28 U.S.C. §§ 1331, 1343, 1441, 1446 and 1447. Attached as **Exhibit "A"** to this Notice is a copy of the Notice of Removal of the above-captioned suit filed on behalf of Defendant, Central Credit Services, Inc., in the United States District Court for the Middle District of Florida on this date.

Dated: September 7, 2007.          Respectfully Submitted,

                                                  Elizabeth Fite Blanco, Esq.
                                                  Florida Bar No.: 0644439
                                                  Kenneth C. Grace, Esq.
                                                  Florida Bar No.: 0658464
                                                  SESSIONS, FISHMAN & NATHAN, L.L.P.
                                                  9009 Corporate Lake Drive, Suite 300-S
                                                  Tampa, Florida 33634
                                                  PH: (813) 890-2465
                                                  FX: (813) 889-9757
                                                  eblanco@sessions-law.biz
                                                  kgrace@sessions-law.biz
                                                  Counsel for Central Credit Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of September 2007 a copy of the foregoing document was sent via facsimile and U.S. Mail First Class to: Brian P. Parker, Law Offices of Brian P. Parker, P.C., 30700 Telegraph Road, Suite 1580, Bingham Farms, MI 48025.

_____
Attorney

N:\Central Credit Service\Rinnander, Mona (8907-22120)\pleadings\Notice of Filing Notice of Removal.doc

2



**CORPORATION SERVICE COMPANY**

## Notice of Service of Process

MIW / ALL
Transmittal Number: 5298281
Date Processed: 08/20/2007

| | |
|---|---|
| Primary Contact: | Ms. Debbie Kleeman<br>Central Credit Services, Inc.<br>9550 Regency Square<br>Suite 602<br>Jacksonville, FL 32225 |
| Entity: | Central Credit Services, Inc.<br>Entity ID Number 2213590 |
| Entity Served: | Central Credit Service, Inc |
| Title of Action: | Mona Rinnander vs. Central Credit Service, Inc |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Other |
| Court: | Duval County Circuit Court, Florida |
| Case Number: | 16-2007-CA-006918-XXXX-MA |
| Jurisdiction Served: | Michigan |
| Date Served on CSC: | 08/20/2007 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Plaintiff's Attorney: | Brian P. Parker<br>248-642-6268 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

IN THE CIRCUIT COURT OF THE
4th JUDICIAL CIRCUIT, IN AND FOR
Duval   COUNTY, FLORIDA
CIVIL DIVISION
CASE NO.:

Mona Rinnander

    Plaintiff,

vs.

Central Credit Service, Inc.
    Defendants.

16- 2007-CA- 006918    -XXXX-MA

## CIVIL ACTION SUMMONS
## DIVISION CV-D

STATE OF FLORIDA
To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on Defendant:

Central Credit Service, Inc.
RA: LexisNexis Document Solutions, Inc.
601 Abbott Road
East Lansing, MI 48823

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's attorney, to wit Brian Parker whose address is:

    30700 Telegraph Road, Suite 1580
    Bingham Farms, MI 48025

Within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

EACH SHERIFF OF THE STATE:

YOU ARE HEREBY COMMANDED to serve the Summons and a copy of the Complaint in this lawsuit on the above-named Defendant.

Dated this  AUG 1 0 2007 day of _____, 2007

JIM FULLER
Clerk Of The Circuit Court

By: _____
    Deputy Clerk