IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

MONA RINNANDER,

              Plaintiff,

-vs-                                 Case No. 3:07-cv-871-J-32JRK
                                      Hon. James R. Klindt

CENTRAL CREDIT SERVICE, INC.,

              Defendant.

| LAW OFFICES OF BRIAN P. PARKER, P.C. | Elizabeth Fite Blanco, Esq. |
|---|---|
| BRIAN P. PARKER (0980668) | Florida Bar No.: 0644439 |
| Attorney for Plaintiff | Dayle M. Van Hoose, Esq. |
| 30700 Telegraph Rd., Suite 1580 | Florida Bar No.: 016277 |
| Bingham Farms, MI 48025 | SESSIONS, FISHMAN & NATHAN, LLP |
| 248) 642-6268 | 9009 Corporate Lake Drive, Suite 300-S |
| (248) 642-8875 (FAX) | Tampa, Florida 33634 |
| lemonlaw@ameritech.net | Telephone No.: (813) 890-2460 |
| WWW.COLLECTIONSTOPPER.COM | Facsimile No.: (813) 889-9757 |
| | Eblanco@sessions-law.biz |
| | Dvanhoose@sessions-law.biz |
| | Counsel for Central Credit Services, Inc. |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-captioned case be dismissed with prejudice and without costs, resolving the last pending claim and closing the case.

BRIAN P. PARKER, P.C.                            SESSIONS, FISHMAN & NATHAN, LLP

     s/Brian Parker                                S://Elizabeth Fite Blanco
BRIAN P. PARKER (0980668)                    Elizabeth Fite Blanco, Esq. 0644439
Attorney for Plaintiff                                   Attorney for Defendant
30700 Telegraph Road, Suite 1580            9009 Corporate Lake Drive, Suite 300-S
Bingham Farms, MI 48025                        Tampa, Florida 33634
248-642-6268                                          (813) 890-2460
lemonlaw@ameritech.net                          Eblanco@sessions-law.biz

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

At a session of said Court held in the City of Jacksonville, County of Duval, State of Florida, on _____

PRESENT: HON. _____
UNITED STATES DISTRICT COURT JUDGE

This matter having come before this Honorable Court pursuant to Stipulation hereto attached; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned case be dismissed with prejudice and without costs, resolving the last pending claim and closing the case.

_____
UNITED STATES DISTRICT COURT JUDGE