**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MONA RINNANDER,

    Plaintiff,

vs.                                            Case No. 3:07-cv-871-J-32JRK

CENTRAL CREDIT SERVICE, INC.,

    Defendant.

## ORDER

This matter having come before the Court on the parties' Stipulation And Order Of Dismissal With Prejudice And Without Costs (Doc. 6), it is hereby

**ORDERED:**

1. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

2. The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of December, 2007.

*[signature]*
TIMOTHY J. CORRIGAN
United States District Judge

jl.
Copies to:
Counsel of Record